# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                          CASE NO. 16-CR-20032-JAR

**LORENZO BLACK,**
**KARL CARTER,**
    a.k.a. "KC"
**ANTHON AIONO**
    a.k.a. "The Samoan,"
**ALICIA TACKETT**
    a.k.a. "Alicia Stanfield,"
    a.k.a. "Alicia Rowlette"
**CATHERINE ROWLETTE,**
    a.k.a. "Cathy,"
**DAVID BISHOP,**

    **Defendants.**

### ENTRY OF APPEARANCE AS CO-COUNSEL

Please take notice that the undersigned attorney enters his appearance as co-counsel for plaintiff, United States of America, in the above-captioned case. All documents related to the above-captioned case should also be served on Duston J. Slinkard, Assistant United States Attorney, at the address stated below.

Respectfully Submitted,

THOMAS E. BEALL
Acting United States Attorney

s/Duston J. Slinkard
DUSTON J. SLINKARD, # 21294
Assistant U.S. Attorney
444 SE Quincy, Suite 290
Topeka, Kansas    66683
Phone: (785) 295-2850
Fax: (785) 295-2853
duston.slinkard@usdoj.gov

## CERTIFICATE OF MAILING

This is to certify that a copy of the foregoing was delivered to the appropriate parties through the electronic filing procedures of the United States District Court, District of Kansas on this 8th day of August, 2016.

s/Duston J. Slinkard
DUSTON J. SLINKARD, # 21294
Assistant United States Attorney
