## CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST

### CASE NO. : 16-20032-JAR - SPECIAL SETTING

**WITNESSES FOR  GOV'T**                          **WITNESSES FOR DEFENDANT**

| Name | Sworn |
|------|-------|
| Name | Sworn |

| Name | Sworn |
|------|-------|
| Zay Thompson - investigator For FPD | (X) |
| Jackie Rokusek, attorney, KC | (X) |
| Michelle Jensen-Schubert, Inmate Records Clerk | (X) |
| Richard Ney, attorney, Wichita | (X) |
| Randy Rathbun, attorney, Wichita | (X) |
| Professor Peter Joy, attorney, Missouri | (X) |