# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

**v.**                                      Case No. **2:16-cr-20032-JAR**

**LORENZO BLACK,**
**KARI CARTER,**
**ANTHON AIONO,**
**ALICIA TACKETT,**
**CATHERINE ROWLETTE,**
**DAVID BISHOP,**
    *Defendants.*

## MOTION TO WITHDRAW
## FROM REPRESENTATION OF INTERESTED PARTY

COMES NOW, Counsel for Interested Party David Lougee, Catherine A. Zigtema, and hereby moves to withdraw. Counsel was appointed to represent the Mr. Lougee as CJA counsel and Mr. Lougee has retained alternate counsel to represent him. Mr. Jonathan Laurans entered his appearance on August 11, 2016.

WHEREFORE, Counsel moves for leave to withdraw from further representation of interested party David Lougee.

                                              Respectfully Submitted,

                                              ZIGTEMA LAW OFFICE LC

                                              /s/ CATHERINE A. ZIGTEMA
                                              Kate Zigtema, #23299
                                              ATTORNEY FOR DAVID LOUGEE
                                              11660 W. 75th Street
                                              Shawnee KS  66214
                                              Ph: (913) 647-7567
                                              Fax: (913)227-4415
                                              Kate@zigtemalaw.com

## CERTIFICATE OF DELIVERY

I, Catherine A Zigtema, hereby certify that on September 2, 2016, I electronically filed the foregoing Motion to Withdraw with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the counsel of record in this case.

/S/ CATHERINE ZIGTEMA
_____
Kate Zigtema, #23299