IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff ) | |
|         v. ) | Case No. 16-20032-JAR |
| ) | |
| LORENZO BLACK, et al., ) | |
|     Defendants ) | |

**MOTION FOR PRESERVATION AND PRODUCTION OF VIDEO**

The undersigned attorney, Jonathan Laurans, moves this Court for an Order directing the United States Marshal and the United States Attorney's Office to preserve and produce to the Court: (1) all video and audio recordings of AUSA Erin Tomasic and/or DUSM Chris Johnson at any and all times while either were anywhere on the Fifth Floor of the U.S. Courthouse on August 25, 2016, up to 9 a.m. on August 26, 2016; and, (2) all video and audio recordings of AUSA Erin Tomasic and/or DUSM Chris Johnson while either were anywhere in the U.S. Courthouse on August 25, 2016 between the hours of 1 p.m. and 9 p.m. In support of this motion, the undersigned offers the following:

1. On September 7, 2016, the Court alerted all defense counsel in the above-captioned matter that on August 25, 2016, AUSA Erin Tomasic and DUSM Chris Johnson entered the Court's chambers after 5 p.m. without giving prior notice, and without receiving prior permission;

2. No one from either the United States Attorney's Office or the United States Marshal's Office informed any of the defense counsel in this case about this incident;

3. The Court on September 7, 2016 informed defense counsel that AUSA Tomasic had entered chambers earlier on August 25th, at approximately 3:30 p.m., for the purpose

1

of delivering the impounded evidence ordered by the Court for production, bearing on the issue of Sixth Amendment violations of detainees housed at CCA in Leavenworth;

4. The Court on September 7th informed defense counsel that AUSA Tomasic had obtained clearance from her supervisor, AUSA Kim Flanagan, and her supervisor's supervisor, First Assistant Debra Barnett, to enter the Court's chambers without giving prior notice to the Court, or receiving prior permission from the Court;

5. The impermissible entry into chambers after hours by AUSA Tomasic, into the same secure area where she had earlier in the day delivered impounded evidence threatens the integrity of these proceedings. At this time, defense counsel does not have enough information upon which to base decisions concerning AUSA Tomasic's and DUSM Johnson's actions. Accordingly, preservation and production of the requested video to the Court for safekeeping will guarantee its availability if and when this incident is determined to be relevant in the broader investigation into the fact of surreptitious recording of attorney-client meetings and attorney-client telephone calls, in violation of the Sixth Amendment;

6. On September 12, 2016, the undersigned sent a letter to U.S. Marshal Ronald Miller, asking that he preserve video of the fifth floor. As of the filing of this motion, Marshal Miller has not responded;

7. A sage, wise, experienced criminal defense attorney remarked to the undersigned this week, "The *only* time it is permissible to venture into a federal judge's chambers after hours, while she's on vacation, expecting no one to be there is.... *never*!";

8. A district court is empowered "to conduct an independent investigation in order to determine whether it has been the victim of fraud." See <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 32, 44-45, 111 S.Ct. 2123, 115 L.Ed.2d 27 (1991)(civil case discussing trial court's inherent power to investigate allegations of "conduct which abuses the judicial process.").

WHEREFORE, in light of the above and foregoing, the undersigned requests that this Court enter an Order directing the United States Marshal and the United States Attorney's Office to preserve and produce to the Court: (1) all video depicting AUSA Erin Tomasic and/or DUSM Chris Johnson at any and all times either were anywhere on the Fifth Floor of the U.S. Courthouse on August 25, 2016, up to 9 a.m. on August 26, 2016; and, (2) all video depicting AUSA Erin Tomasic and/or DUSM Chris Johnson anywhere in the U.S. Courthouse on August 25, 2016 between the hours of 1 p.m. and 9 p.m.

| **Certificate of Service** | Respectfully submitted, |
|---|---|
| I certify that a copy of the above and foregoing was transmitted to all counsel of record by the ECF system on September 14, 2016. | */s/ Jonathan Laurans*<br>Jonathan Laurans  #15807<br>The 1609 Law Building<br>1609 West 92nd Street<br>Kansas City, Missouri  64114 |
| */s/ Jonathan Laurans*<br>Jonathan Laurans, #15807 | (816)421-5200/jlaurans@msn.com<br>Counsel for David Lougee |