# In the United States District Court
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>LORENZO BLACK,<br>KARL CARTER,<br>ANTHON AIONO,<br>ALICIA TACKETT,<br>CATHERINE ROWLETTE,<br>and<br>DAVID BISHOP,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>CASE NUMBER: 16-20032-JAR |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to D. Kan. Rule 83.5.5, Erin S. Tomasic, Special Assistant United States Attorney for the District of Kansas, hereby withdraws as counsel for plaintiff. The United States will continue to be represented by D. Christopher Oakley, Duston Slinkard, and Debra L. Barnett.

        Respectfully submitted,

        THOMAS E. BEALL
        Acting United States Attorney


        *s/Erin S. Tomasic*
        ERIN S. TOMASIC, # 78430
        Special Assistant United States Attorney
        500 State Avenue, Suite 360
        Kansas City, Kansas   66101-2433
        (913) 551-6730
        FAX: (913) 551-6541
        E-mail: Erin.Tomasic@usdoj.gov
        ELECTRONICALLY FILED
        Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2016, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    *s/Erin S. Tomasic*
ERIN S. TOMASIC, # 78430
Special Assistant United States Attorney