# DAVID R. COHEN
## Federal Special Master

24400 Chagrin Boulevard
Reflections Bldg., Suite 300
Cleveland, Ohio 44122
Telephone: 216.831.0001
Facsimile: 866.357.3535
David@SpecialMaster.Law

June 11, 2017

*Via E-Mail*
CBEAM@USMS.DOJ.GOV
JOHN.SEUBERT@USSS.DHS.GOV
KELLY.MCPHERRON@KBI.STATE.KS.US

Dear Craig, John, and Kelly:

This letter confirms the telephone conversations we had last week. As you know, Judge Julie Robinson appointed me as Special Master in *United States v. Black*, case no. 16-CR-20032 (D. Kan.). Judge Robinson has directed me to investigate the extent to which video and audio recordings of inmates at CCA-Leavenworth were obtained by or for the Office of the United States Attorney ("OUSA"), as well as other governmental entities working with the OUSA, including: (1) the United States Marshall Service ("USMS"); (2) the United States Secret Service ("USSS"); and (3) the Kansas Bureau of Investigation ("KBI").

Over the past several weeks, I have been working with the OUSA to create agreed-upon "search terms," which the OUSA is now using to search for and produce relevant documents (such as memos and emails) under its control. I am also in the process of sending to the OUSA written requests for information ("RFIs"), which ask the OUSA to identify in writing certain facts, such as who requested audio and video recordings, what recordings were requested, when and how those persons obtained the recordings, and so on.

To fulfill Judge Robinson's directives, I need the USMS, USSS, and KBI to provide all of the same information that I have asked the OUSA to produce. Thus, I have sent to you via email a copy of the above-referenced "search terms." I am asking your organization to produce responsive documents that were created on or after January 1, 2014. I expect I will have to discuss the operational details of this request further with you and/or individuals in your information technology department. Also, we may need to "tweak" a few search terms. Please let me know as soon as possible how we should proceed.

I will also send to you send RFIs in the near future, asking for the same type of information as I have asked from the OUSA.

Please let me know if you have any questions, or if there are other individuals in your organization with whom I should communicate to expedite my requests.

Thank you very much for your attention to this matter.

Sincerely,

David Cohen

David R. Cohen

cc: J. Robinson