**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 16-CR-20032** |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 16-20032-JAR |
| **LORENZO BLACK,** *et al.*, | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

The Court has reviewed Special Master David R. Cohen's *First Status Report Regarding the Phase III Investigation* (Doc. 298). For the reasons discussed in the *Report*, the Court will hold a hearing with the parties on **November 28, 2017 at 9:00 a.m.** to discuss the Special Master's findings concerning the government's failure to comply with the Phase III investigation and the appropriate response and/or remedies for such.

The Court will also consider at this hearing any other issues the parties may want to address related to the Phase III investigation.

The parties may submit briefs addressing any issues concerning the Special Master's *Report* by **November 14, 2017**, and may submit response briefs by **November 21, 2017**.

IT IS SO ORDERED.

Dated: October 20, 2017

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE
