Print Form



000000000068412

# KBI SUBMISSION SLIP
FOR USE WITH ATTACHMENTS
AND ELECTRONIC MEDIA

---

TO BE COMPLETED BY **REPORT WRITER**

NOTE: Submit this form as a cover sheet to *all* paper attachments and electronic media submissions before forwarding to the Report Processor.

---

**SUBMITTER CREDENTIAL NO.** 2 2 8

**DATE** 05/09/2016

CASE No. **KBI16-84**   REPORT No. **350**   ATTACHMENT No. **3**

☑ PAPER ATTACHMENT (No. of Pages **3**)   ☐ ELECTRONIC MEDIA

ITEM DESCRIPTION: ECR

---

TO BE COMPLETED BY **IMAGING SECTION**

**RECEIVER** _____   **DATE** ___/___/___

---

NOTES:

Received By
MAY 0 9 2016
OP Report Processing

2-004965

# KANSAS BUREAU OF INVESTIGATION
## EVIDENCE CUSTODY RECEIPT

**Contributing Agency/Address:** KBI
**Phone:**

**Nature of Offense:**
**Victim:**
Last / First / Middle
DOB:
SSN/ID:

**KBI Case Number:** KBI 16-84
Sex: ☐ Male  ☐ Female
Race: ☐ White  ☐ Black  ☐ Indian  ☐ Hispanic  ☐ Asian  ☐ Unknown  ☐ Other

**Send Report To:** SSA Virden
**Agency Case #:** KBI 16-84
**Co. of Offense:** Pettis Co, MO
**Agency ORI:** KSKBI0000

**Suspect:**
Last:
DOB:
SSN/ID:

**KBI Laboratory Case Number:** T16-01528
CONTRIBUTOR: KANSAS BUREAU OF INVESTIGATION

Sex: ☐ Male  ☐ Female
☐ White  ☐ Black  ☐ Indian  ☐ Hispanic  ☐ Asian  ☐ Unknown  ☐ Other

FOR ADDITIONAL SUSPECTS AND VICTIMS, USE CASE SYNOPSIS AREA ON THE BACK SIDE OF THIS FORM.

| EXHIBIT NUMBER | NUMBER OF ITEMS | EXHIBIT DESCRIPTION | REQUESTED EXAMINATION |
|---|---|---|---|
| 1 | 1 | HP LAPTOP WITH CASE FOUND ON BOOKSHELF IN FRONT ROOM | HOLD |
| 2 | 1 | DELL LAPTOP IN BOX FOUND ON BOOKSHELF IN FRONT ROOM | HOLD |
| 3 | 1 | MEMORY CARDS FOUND ON DESK IN FRONT ROOM | HOLD |
| 4 | 1 | NOTES IN GLASS JAR FOUND ON DESK IN FRONT ROOM | HOLD |
| 5 | 1 | SHOEBOX OF NOTES FOUND ON DESK IN FRONT ROOM | HOLD |
| 6 | 1 | NOTEBOOK FOUND ON FRONT ROOM DESK | HOLD |
| 7 | 1 | WESTERN UNION RECEIPTS FOUND BY FRONT ROOM DESK | HOLD |
| 8 | 1 | MISC. DOCUMENTS FOUND BY DESK IN FRONT ROOM | HOLD |
| 9 | 1 | $100 BILL FOUND IN LARGE LOCK BOX UNDER BED IN MASTER BR. | HOLD |
| 10 | 1 | U.S. CURRENCY TOTALLING AT OR ABOUT $10,976 IN THREE SEPERATE ENVELOPES FOUND IN SMALL LOCK BOX UNDER BED IN MASTER BR. | HOLD |
| 11 | 1 | RECEIPT FOUND IN SMALL LOCK BOX UNDER BED IN MASTER BR. | HOLD |

IF CHARGES ARE FILED UNDER THE ILLEGAL DRUG TAX STAMP LAW, WEIGHING OR COUNTING MUST BE REQUESTED

Previous evidence submitted in this case? ☒ YES ☐ NO     Brief Case Synopsis (See Back)  ☐ YES ☒ NO
Do any of the items submitted present a safety or a health hazard? (If answer is yes, describe hazard in case synopsis.)  ☐ YES ☒ NO

**Date Collected:** 04-14-2016
**Printed or Typed Name of Collector:** SA Nick Piplin
**Written Signature of Collector:** [signature]

SUBMIT ORIGINAL ONLY
ALL REQUESTED INFORMATION MUST BE LEGIBLE

2-004966 FORM KBI-L04
REV. 12-18-07

# KANSAS BUREAU OF INVESTIGATION
## EVIDENCE CUSTODY RECEIPT

**Contributing Agency/Address:** KBI

**Phone:**

**Nature of Offense:**

**Victim:**
- Last / First / Middle
- DOB:
- SSN/ID:

**KBI Case Number:** KBI 16-84

Sex: ☐ Male ☐ Female
Race: ☐ White ☐ Black ☐ Indian ☐ Hispanic ☐ Asian ☐ Unknown ☐ Other

**Send Report To:** SSA VIRDEN

**Agency Case #:** KBI 16-84
**Co. of Offense:** PETTIS CO, MO

**Suspect:**
- Last
- DOB:
- SSN/ID:

**KBI Laboratory Case Number:** T16-01528
**CONTRIBUTOR: KANSAS BUREAU OF INVESTIGATION**

Sex: ☐ Male ☐ Female
Race: ☐ White ☐ Black ☐ Indian ☐ Hispanic ☐ Asian ☐ Unknown ☐ Other

**Agency ORI:** KSKBI0000

FOR ADDITIONAL SUSPECTS AND VICTIMS, USE CASE SYNOPSIS AREA ON THE BACK SIDE OF THIS FORM.

| EXHIBIT NUMBER | NUMBER OF ITEMS | EXHIBIT DESCRIPTION | REQUESTED EXAMINATION |
|---|---|---|---|
| 12 | 1 | MISC. TITLES FOUND IN SMALL LOCK BOX UNDER BED IN MASTER BR | HOLD |
| 13 | 1 | MISC. DOCUMENTS FOUND BY DESK IN FRONT ROOM | HOLD |
| 14 | 1 | BLANK MONEY GRAMS FOUND IN SHOE BOX IN FRONT ROOM | HOLD |
| 15 | 1 | MISC. DOCUMENTS FOUND BY DESK IN FRONT ROOM | HOLD |
| 16 | 1 | MISC. DOCUMENTS FOUND BY DESK IN KITCHEN | HOLD |
| 17 | 1 | DOCUMENTS FOUND IN EYEGLASS CASE ON KITCHEN TABLE | HOLD |
| 18 | 1 | MISC. DOCUMENTS FOUND ON DESK IN FRONT ROOM | HOLD |
| ~~19~~ | 1 | ~~DELL DESKTOP COMPUTER FOUND~~ | |
| 19 | 1 | SUPERSONIC ANDROID TABLET FOUND IN WEST BEDROOM IN PINK CASE | HOLD |
| 20 | 1 | STRAIGHT TALK CELL PHONE IN BOX FOUND IN WEST BEDROOM | HOLD |
| 21 | 1 | MISC. DOCUMENTS FOUND ON DESK IN KITCHEN | HOLD |
| 22 | 1 | BLANK MONEY GRAMS FOUND IN SHOE BOX FRONT ROOM | HOLD |
| 23 | 1 | MISC. DOCUMENTS OUT OF SHOE BOX FRONT ROOM | HOLD |
| 24 | 1 | VERIZON PHONE IN BOX MASTER BR | HOLD |
| 25 | 1 | STARTECH EXTERNAL HARD DRIVE FOUND IN MASTER BR | HOLD |
| 26 | 1 | ENVELOPE W/ MISC. DOCUMENTS CHAIR FRONT ROOM | HOLD |

IF CHARGES ARE FILED UNDER THE ILLEGAL DRUG TAX STAMP LAW, WEIGHING OR COUNTING MUST BE REQUESTED

Previous evidence submitted in this case? ☒ YES ☐ NO    Brief Case Synopsis (See Back) ☐ YES ☒ NO

Do any of the items submitted present a safety or a health hazard? (If answer is yes, describe hazard in case synopsis.) ☐ YES ☒ NO

**Date Collected:** 04-14-2016
**Printed or Typed Name of Collector:** SA Nick Pipkin
**Written Signature of Collector:** [signature]

SUBMIT ORIGINAL ONLY
ALL REQUESTED INFORMATION MUST BE LEGIBLE

2-004967 FORM KBI-L04 REV. 12-18-07