# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No. 16-20032-JAR |
| **LORENZO BLACK,**<br>**KARL CARTER,**<br>**ANTHON AIONO,**<br>**ALICIA TACKETT, and**<br>**CATHERINE ROWLETTE** | |
| **Defendants.** | |

## ORDER

Pursuant to the Court's October 11, 2016 Appointment Order[1] of David R. Cohen as Special Master, the United States is ordered to pay the attached Summary Bill for Billing Period February and March, 2018, in the total amount of $12,272.22, which this Court has approved after *in camera* reviewing a detailed an itemized billing. The Clerk of the Court is directed to make the check payable to David R. Cohen, within 20 days.

**IT IS SO ORDERED.**

Dated: April 6, 2018

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 146

1



24400 Chagrin Blvd., Suite 300<br>
Cleveland, Ohio 44122<br>
Telephone: 216.831.0001<br>
Facsimile: 866.357.3535<br>
David@SpecialMaster.law

**Summary Billing Statement / Proposed Order**
**Billing Period: February & March, 2018**

United States of America v. Lorenzo Black
US District Court
District of Kansas
16-CR-20032

| Item | Government total |
|---|---|
| New Fees ( 7.1 hours @ $500.00/hr.) | $3,550.00 |
| New Expenses *DRC* | $0.00 |
| New Expenses *American Discovery* | $4,226.99<br>$2,555.99<br>$189.00 |
| New Expenses *VanBebber* | $1,750.00 |
| **Total New Charges** | **$12,271.98** |
| Prior Balance | $47,314.24 |
| Payments – Thank You! | $47,314.00 |
| **Total Now Due** | **$12,272.22** |

        s/Julie A. Robinson
        _____
        Judge Julie A. Robinson