IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>    Plaintiff,   )<br>   )<br>VS.   )<br>   )<br>DAVID BISHOP,   )<br>    Defendant.   )<br>   )  | Case No. 16-20032-01-06-JAR |

**WAIVER OF APPEARANCE AT MOTIONS HEARING**

**COMES NOW** David Bishop, by and through undersigned counsel, and in accordance with Fed. R. Crim. P. 43 and 47, waives his presence in Court re Special Master David R. Cohen's Phase III hearing for part of May, 15 and all of May, 16, 2018. Counsel for Mr. Bishop has discussed the purpose of the hearing, who freely, knowingly and voluntarily waives his right to be present in person at the hearing.

Respectfully submitted,

__/S/ *Cynthia M. Dodge*_____
Cynthia M. Dodge
Cynthia M. Dodge, LLC
312 SW Greenwich Drive, # 10
Lee's Summit MO 64082
816-246-9200
816-246-9201 (fax)
cindy@cdodgelaw.com
Attorney for Defendant David Bishop

CERTIFICATE REGARDING SERVICE

I hereby certify that it is my belief and understanding that counsel for plaintiff, and counsel for the co-defendants in this matter are participants in the Court's CM/ECF program and that separate service of the foregoing document is not required beyond the Notification of Electronic Filing to be forwarded on May 17, 2018 upon the filing of the foregoing document.

/s/ Cynthia M. Dodge
_____
CYNTHIA M. DODGE