**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**UNITED STATES OF AMERICA,**
*Plaintiff,*

**v.** Case No. **16-20032-JAR**

**LORENZO BLACK, *et al.*,**
*Defendants.*

---

**MOTION TO RECONVENE EVIDENTIARY HEARING**

---

The Federal Public Defender asks the Court to reconvene the evidentiary hearing recessed on May 16, 2018. The Special Master and parties were in the midst of presenting evidence on the scope and extent of the Sixth Amendment violations caused by the United States Attorney's Office and its possession of recorded, privileged, attorney-client communications.[1] The FPD was also presenting evidence relevant to the pending Motion to Show Cause,[2] which asked whether the Government should be held in contempt for intentionally refusing to follow the Court's Orders.

After a full day of evidence on May 15, 2018, the government asked to recess the hearing to allow the parties to work toward an agreed resolution of

[1] D.E. 477.
[2] D.E. 301.

the outstanding issues. Over the last two months, the FPD and USAO have worked diligently toward that end, resolving nearly all of the pressing issues by agreement.[3]

Last Friday evening, however, the Department of Justice Deputy Attorney General unilaterally reversed those agreements, effectively ending the negotiation the USAO had sought two months earlier.[4]

For this reason, the FPD asks the Court to reconvene the hearing at the Court's first convenience. Witnesses remain under subpoena and subject to the sequestration order. The FPD anticipates that it could complete the evidentiary portion of the hearing in less than two full days.

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON #17612
Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
E-mail Address: Melody_Brannon@fd.org

[3] Those agreements were presented to the Court by proposed standing order and described at the July 17, 2018 status conference. D.E. 517.

[4] Letter to Special Master David Cohen from Deputy Attorney General, dated July 27, 2018.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the Special Master and all parties, including Movant Parties and Interested Parties in the case.

s/ Melody Brannon
Melody Brannon