**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No. 16-20032-JAR |
| **LORENZO BLACK,**<br>**KARL CARTER,**<br>**ANTHON AIONO,**<br>**ALICIA TACKETT, and**<br>**CATHERINE ROWLETTE** | |
| **Defendants.** | |

## ORDER

Pursuant to the Court's October 11, 2016 Appointment Order[1] of David R. Cohen as Special Master, the United States is ordered to pay the attached Summary Bill for Billing Period August, 2018, in the total amount of $23,016.88, which this Court has approved after *in camera* reviewing a detailed an itemized billing.  The Clerk of the Court is directed to make the check payable to David R. Cohen, within 20 days.

**IT IS SO ORDERED.**

Dated: September 26, 2018

S/ Julie A. Robinson<br>
JULIE A. ROBINSON<br>
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 146

1



24400 Chagrin Blvd., Suite 300
Cleveland, Ohio 44122
Telephone: 216.831.0001
Facsimile: 866.357.3535
David@SpecialMaster.law

## Summary Billing Statement / Proposed Order
### Billing Period: August, 2018

United States of America v. Lorenzo Black
US District Court
District of Kansas
16-CR-20032

| Item | Government total |
| --- | ---: |
| New Fees (DRC 36.2 hours @ $600.00/hr.) | $21,720.00 |
| New Expenses *DRC* | $1,152.67 |
| New Expenses *American Discovery* | $144.21 |
| **Total New Charges** | **$23,016.88** |
| Prior Balance | $24,039.76 |
| Payments – Thank You! | $24,039.76 |
| **Total Now Due** | **$23,016.88** |

s/Julie A. Robinson
_____
Judge Julie A. Robinson