# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**LORENZO BLACK,**<br>**KARL CARTER,**<br>**ANTHON AIONO,**<br>**ALICIA TACKETT, and**<br>**CATHERINE ROWLETTE**<br><br>    **Defendants.** | Case No. 16-20032-JAR |

## ORDER

Pursuant to the Court's October 11, 2016 Appointment Order[1] of David R. Cohen as Special Master, the United States is ordered to pay the attached Summary Bill for Billing Period October, 2018, in the total amount of $84,831.01, which this Court has approved after *in camera* reviewing a detailed an itemized billing. The Clerk of the Court is directed to make the check payable to David R. Cohen, within 20 days.

**IT IS SO ORDERED.**

Dated: November 26, 2018

                                                                           S/ Julie A. Robinson<br>
                                                                           JULIE A. ROBINSON<br>
                                                                           UNITED STATES DISTRICT JUDGE

---

[1] Doc. 146



# DAVID R. COHEN
## Federal Special Master

24400 Chagrin Blvd., Suite 300
Cleveland, Ohio 44122
Telephone: 216.831.0001
Facsimile: 866.357.3535
David@SpecialMaster.law

**Summary Billing Statement / Proposed Order**
**Billing Period: October, 2018**

United States of America v. Lorenzo Black
US District Court
District of Kansas
16-CR-20032

| Item | Government total |
|---|---:|
| New Fees (DRC 90.7 hrs @ $600.00/hr.) | $54,420.00 |
| New Expenses *DRC* | $4,670.37 |
| New Expenses *VanBebber Law* | $24,425.00 |
| New Expenses *American Discovery* | $993.93 |
| New Expenses *American Discovery* | $321.71 |
| **Total New Charges** | **$84,831.01** |
| Prior Balance | $44,597.71 |
| Payments – Thank You! | $44,597.71 |
| **Total Now Due** | **$84,831.01** |

s/Julie A. Robinson
Judge Julie A. Robinson