XXXX ᵗᵘᵗᵘᵗTYWAN A.POOLE#25194-045

F.C.C. FORREST CITY

P.O.BOX 9000

Forrest City, Arkansas72336

870-630-6000
Defendant appearing pro se

FILED

AUG 12 2019

TIMOTHY M. O'BRIEN CLERK
By_____Deputy

UNITED STATES DISTRICT COURT

DISTRICT OF    KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   COMPLAINT ~ Rule 41 (g) |
| | ( | RE:16-CR-20032-JAR/17-CV-02320-JAR |
| Plaintiff, | ) | NOTICE OF CHANGE OF ADDRESS |
| | ( | |
| v. | ) | |
| | ( | |
| TYWAN A. POOLE , | ) | UNDER CLERK FILING RULE 25(A)(2)(b) |
| | ( | |
| Defendant. | ) | |
| | ( | |

Please note the new address of the undersigned Defendant,

effective immediately, which appears above. In relation to any court
notification between JUNE 27,2019 to current, please FORWARD to litigant.

Dated:   AUGUST 5,2019

/s/ _____ , Defendant
pro se

CERTIFICATE OF SERVICE

Pro Se litigant Mr.Poole request that any personnel be FORWARDED
A copy of this document will be e-served on counsel for
Plaintiff, by the CM/ECF system, when the herein is filed.

Dated: August 5, 2019

/s/ _____ , Defendant
pro se