1 OF 2    THE UNITED STATES DISTRICT COURT OF
KANSAS

ATTACHMENT-B

ATTENTION:                           NOVEMBER 17, 2017
CLERK OF COURT,
RE: Case No. 16-20032-JAR (KANSAS)
Interested Party of Class ACTION, TYWAN A. Poole
AFFected Case No. 15-00985-CV-W-FJG and
              Crim. No. 13-00031-CR-W-FJG
TYWAN A. POOLE,
           Movant,                    MISSOURI
                                      WESTERN
V.                                    DISTRICT COURT
UNITED STATES OF AMERICA,
              Respondent.

_____

DOCKET ENTery REQUEST and DISTRUCTION of Evidence Motion Ruling

Comes now TYWAN A. Poole a pro se litigant
under penalty of perjury, by a declaration and in Compliance
with 28 USC 1746 are requesting a copy of Current
Docket Enteries For the months of Oct. and Nov. 2017, of
above mentioned Case No. 16-20032-JAR. On or about
October 31, 2017 I motioned this Court with Attachments
and Exhibits to support my interest in this claim of
ACTION against C.C.A. LEAVENWORTH currently CORE
Civic, The claim is in relation to Attorney Visits
beening recorded by Aud/Vid and Securus Telephone Service
I also submitted a motion about Evidence to support claim
being Destroyed by C.C.A. On or about November 3, 2017 that
motion was Filled along with previous Class Action Claim
Filed October 31, 2017. Respectfully Submitted,
NOVEMBER 17, 2017