# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff,** | |
| v. | Case No. 16-CR-20032-JAR |
| **KARL CARTER,** | |
| **Defendant.** | |

## NOTICE OF APPEAL

Sheri Catania, in her individual capacity, gives notice that she appeals the United States Court of Appeals for the Tenth Circuit from this Court's Memorandum and Order of Law (Doc 805), entered in this action on January 28, 2020.

Respectfully submitted,

s/Sheri Catania
Sheri Catania, KS Bar # 17097
500 State Avenue, Suite 360
Kansas City, Kansas 66101
T:  913-551-6730
F:  913-551-6541
Email: sheri.catania@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on the 27th day of February 2020, this Notice of Appeal was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/Sheri Catania
Sheri Catania

1